**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN SCOTT HEYMAN,<br><br>*Defendant*. | Case No. 1:26-MJ-351 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Tonya Sturgill Griffith, being first duly sworn, state as follows:

**BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so since February 2002. Since July 2010, I have been assigned to the Washington Field Office Child Exploitation and Human Trafficking Task Force where I investigate violations involving child pornography, the sexual exploitation of children and related offenses. I have gained experience through training and work related to conducting these types of investigations. In addition, I am certified as a Digital Evidence Extraction Technician (DExT) within the FBI. As a DExT, I am trained and authorized to conduct forensic examinations of digital evidence. This work includes the preservation and analysis of various forms of digital media, including cellular devices, smartphones, and computers. I am a law enforcement officer of the United States, within the meaning of Title 18, United States Code, who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, witnesses, and/or

agencies. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to law enforcement concerning this investigation. Rather, I have set forth only the facts necessary to establish probable cause for the requested complaint.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging Benjamin Scott HEYMAN with conspiracy to transport a minor in interstate commerce to engage in illegal sexual activity (namely the forcible sodomy of a child under the age of 13, a violation of Virginia Code Section 18.2-67.1), in violation of 18 U.S.C. § 2423(a) and (f) and that HEYMAN did so after a prior sex conviction, as defined in 18 U.S.C. § 2426(b)(1).

## SUMMARY OF PROBABLE CAUSE

### *HEYMAN's Prior Convictions for Possession of Child Pornography*

4. In 2019, HEYMAN was convicted of ten counts of possession of child pornography under Virginia Code Section 18.2-374.1:1. These convictions constitute prior sex offense convictions pursuant to 18 U.S.C. § 2426(b)(1).

5. As a result of these convictions, HEYMAN was required to register as a sex offender under federal and state law, a requirement that remained in effect through at least June 16, 2025.

6. From the time of his release from prison around October 2022 through June 16, 2025, HEYMAN was under the supervision of a probation officer due to his prior convictions.

### *Investigation of HEYMAN*

7. Beginning around February 2025, HEYMAN began using an unauthorized and unmonitored cell phone (of which his probation officer was not aware) to access the internet and

to engage in illicit activity, including trading child sexual abuse material ("CSAM") with other individuals.

8. On or about June 16, 2025, HEYMAN contacted an undercover law enforcement officer (the "UC") via an app designed to facilitate sexual encounters over the internet.

9. The UC told HEYMAN that he was 14 years old. Appearing to believe that he was speaking to a minor, HEYMAN sought to arrange a meeting with the UC and asked the UC about performing oral sex on, and receiving oral sex from, the UC. HEYMAN also asked the UC for a picture of his genitals, which the UC declined to provide.

10. HEYMAN and the UC arranged a meeting time and place, and HEYMAN reported to the agreed-upon place at the agreed-upon time, at which time HEYMAN was arrested.

11. After his arrest, HEYMAN consented to a search of his home and his cell phone, a Black Samsung Galaxy A14 5G (IMEI: 355458540917086). A review of HEYMAN's cell phone revealed a significant quantity of CSAM, as well as conversations with other individuals, including an identified person in Kansas, Co-Conspirator 1, as explained in more detail below.

***Conversations with Co-Conspirator 1***

12. The review of HEYMAN's phone revealed that on or about April 7, 2025, HEYMAN met Co-Conspirator 1 via a messaging application. Co-Conspirator 1 had access to four boys (collectively, the "Kansas Minor Victims") who were 8, 9, 12, and 14 years old in April 2025.

13. Between on or about April 7, 2025, and June 16, 2025, HEYMAN and Co-Conspirator 1 exchanged significant quantities of CSAM back and forth between them. For example, on or about June 16, 2025, HEYMAN sent Co-Conspirator 1 at least four videos of CSAM.

14. Among the CSAM that Co-Conspirator 1 sent to HEYMAN were images and videos of the Kansas Minor Victims engaged in sexually explicit conduct.[1]

15. Among the material that HEYMAN sent to Co-Conspirator 1 was a picture of HEYMAN's genitals and a video of HEYMAN masturbating, both of which HEYMAN asked Co-Conspirator 1 to show to the 8-year-old Kansas Minor Victim.[2]

16. During this time period, HEYMAN and Co-Conspirator 1 also discussed plans for Co-Conspirator 1 to bring at least some of the Kansas Minor Victims—including at least one of the children under 12—to visit HEYMAN in August. It was also a part of the plan that HEYMAN would engage in sexual activity with at least some of the Kansas Minor Victims during this visit. For example[3]:

a. On or about April 8, 2025, HEYMAN said: "Already trying to figure out how to get you guys out here for a visit." He also asked Co-Conspirator 1 "you think there's ever a shot you could convince your friend to let you take em on a trip[?] I'll fucking pay for it."

b. On or about April 9, 2025, HEYMAN said, "Start thinking of ways to make this work and just gimme a dollar figure."

c. On or about April 13, 2025, HEYMAN asked Co-Conspirator 1, "Boys into butt plugs?" and said, "I'll buy some smallish ones.same with those masturbators."

---

[1] These images and videos were not recoverable, seemingly because Heyman deleted them. However, the context of the messages between HEYMAN and Co-Conspirator 1 makes apparent that Co-Conspirator 1 sent such images and videos to HEYMAN.

[2] This picture and video were also not recoverable, but the context of the messages, too, makes clear that HEYMAN sent them to Co-Conspirator 1.

[3] All typos/errors are in the original.

d. Also on or about April 13, 2025, HEYMAN told Co-Conspirator 1, "I'll also make sure to bring like lube and stuff." When Co-Conspirator 1 said that he usually uses Vaseline, HEYMAN said, "I'll bring a tub of that too. Bet they'd love getting rubbed with that."

e. On or about June 1, 2025, HEYMAN sent Co-Conspirator 1 an image of three young boys on a couch, two of whom are being anally penetrated by three older (possibly) adult men. In conjunction with sending the explicit image, HEYMAN said: "Kinda what I'm hoping for august…just with 2 not three."

17. On or about April 10, 2025, HEYMAN asked Co-Conspirator 1 if he was "serious bout this," seemingly referring to the plan for Co-Conspirator 1 to bring the Kansas Minor Victims to Virginia. Co-Conspirator 1 responded: "Sure I am. I'm not sure that I'll get the younger ones but from 12 up shouldn't [be] a problem. I just have to spring it [on] their mom with no real time so she doesn't decide to go with."

18. Over their course of the conversation, HEYMAN repeatedly asked Co-Conspirator to talk to the Kansas Minor Victims about their level of interest in traveling to Virginia, and Co-Conspirator 1 assured that he would. For example, on or about June 12, 2025, when HEYMAN asked Co-Conspirator 1 if he had talked to the Kansas Minor Victims yet, Co-Conspirator 1 responded that he "should be able to ask them if they're interested this weekend" and that "they usually like going on trips."

[Remainder of page intentionally left blank]

## CONCLUSION

19. Based upon the above information, I submit there is probable cause to believe that between on or about April 7, 2025, and on or about June 16, 2025, in the Eastern District of Virginia, Benjamin Scott HEYMAN, conspired with another person to knowingly transport at least one individual who had not yet attained the age of 18 years in interstate and foreign commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, including Code of Virginia Section 18.2-67.1(A)(1) (forceable sodomy of a child under the age of 13), in violation of 18 U.S.C. § 2423(a) and (f). I therefore respectfully request that the Court issue the attached complaint charging HEYMAN with that offense.

Respectfully submitted,

Tonya Sturgill Griffith

Tonya Sturgill Griffith, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on September 10, 2026:

Lindsey R Vaala

Digitally signed by Lindsey R Vaala
Date: 2026.09.10 16:01:34 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia